IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:16-CV-94-DSC

TONIA P. CROCKER,

                Plaintiff,

        v.

JAMES B. THOMPSON and
JONATHAN P. LEONARD, in their
individual capacity

                Defendants.

**ORDER**

        **THIS MATTER** is before the Court on the "Joint Motion to Stay IAC, Initial Discovery, and Related Obligations" (document #8) filed March 4, 2016.

        The parties have consented to Magistrate Judge jurisdiction. <u>See</u> documents ##5 and 7.

        Having carefully considered the Motion, and noting consent of the parties, the Court will <u>grant</u> the Motion.

        **IT IS, THEREFORE, ORDERED** that the "Joint Motion to Stay IAC, Initial Discovery, and Related Obligations" (document #8) is **GRANTED**.

        **SO ORDERED**.

Signed: March 7, 2016

David S. Cayer
United States Magistrate Judge